Order Issued October 3, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01122-CR

PATRICK M. MOSES, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. F11-62662-K

## ORDER

We **GRANT** Official Court Reporter Janice E. Garrett's October 1, 2012 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

LANA MYERS
JUSTICE